UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE L. RANDOLPH,

         Plaintiff,               Case no. 15-11945
                                       Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

         Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28

U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed

Magistrate Judge David R. Grand's August 16, 2016 report and recommendation.

No objections have been filed by the parties. The court having reviewed the entire

record;

IT IS HEREBY ORDERED that the report and recommendation is

ADOPTED as the court's findings and conclusions.

IT IS FURTHER ORDERED that Defendant's motion for summary

judgment (document no. 16) is GRANTED, Plaintiff's motion for summary

judgment (document no. 15) is DENIED, and the Administrative Law Judge's

decision is AFFIRMED.

s/John Corbett O'Meara

United States District Judge

Date:  December 9, 2016


    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 9, 2016, using the ECF system.

s/William Barkholz

Case Manager
